

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00283-CR

| | | |
|---|---|---|
| ARTHUR ALBERT BURCIE, Appellant | § | On Appeal from Criminal District Court No. 1 |
| | § | of Tarrant County (1651374) |
| V. | § | November 27, 2024 |
| | § | Memorandum Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that Arthur Albert Burcie received no fine. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell